IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SARAH WEATHERFORD GREEN, INDIVIDUALLY
AND AS TRUSTEE OF THE LONG AND WEATHERFORD
GREEN REVOCABLE LIVING TRUST                              PLAINTIFF

VS.                  CASE NO. 4:10CV001233 JMM

WOOD PAINTING COMPANY                                     DEFENDANT

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss stating that the parties have reached a settlement in the above styled case is granted (#11).  Based upon this motion, the Court finds that this case should be dismissed.  The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this   25   day of   July  , 2011.

_____
James M. Moody
United States District Judge